■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESTEBAN MARTINEZ, Appellant. [756 NYS2d 751] —Judgment, Supreme Court, Bronx County (Robert Cohen, J.), rendered October 5, 2001, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, unanimously affirmed.

Defendant's claims pursuant to *Batson v Kentucky* (476 US 79 [1986]) are unpreserved and we decline to review them in the interest of justice (*see People v James*, 99 NY2d 264 [2002]). The record establishes that defendant abandoned his request

that the People provide race-neutral explanations for the particular peremptory challenges at issue on appeal.

Defendant's arrest photograph was admitted for relevant purposes (*see People v Larry*, 178 AD2d 282 [1991], *lv denied* 79 NY2d 1003 [1992]). Defendant's remaining contentions concerning this photograph are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would reject them. Concur—Tom, J.P., Mazzarelli, Ellerin, Lerner and Marlow, JJ.